PROB 12C
(6/16)

Report Date: May 24, 2021

# United States District Court

#### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Omar Ambrocio-Porfirio    Case Number: 0980 2:19CR00140-TOR-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 8, 2020

Original Offense:    Alien in the United States After Deportation, 8 U.S.C. § 1326

Original Sentence:   Prison - 16 days;         Type of Supervision: Supervised Release
                     TSR - 12 months

Asst. U.S. Attorney: Earl Allan Hicks        Date Supervision Commenced: 10/08/2020

Defense Attorney:    Molly Marie Winston     Date Supervision Expires: 10/07/2021

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by returning to the United States without legal permission of the United States Attorney General on or prior to May 11, 2021.

On October 8, 2020, the offender was sentenced by this Court to a period of time served (16 days), and placed on 12 months of supervised release.

On November 6, 2020, confirmation was obtained from Immigration and Customs Enforcement (ICE) in Yakima, Washington, that the offender had been deported from the United States on October 29, 2020, at Paso Del Norte, El Paso, Texas.

On May 11, 2021, deputies with the Adams County Sheriff's Department were dispatched to a possible assault. Upon making contact, deputies were advised by the two neighbors who had called in the assault that they did not want to be victims of any crime. During the

Prob12C
Re: Ambrocio-Porfirio, Omar
May 24, 2021
Page 2

contact, officers identified one of the subjects as being the offender. As neither subject wanted to be a victim, neither subject was cited or taken into custody. The incident was recorded as Adams County case number 21-A01290.

The offender has not contacted the probation office since his deportation on October 29, 2020. ICE also verified as of May 24, 2021, the offender has not been granted permission to reenter the United States.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 24, 2021

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice

Signature of Judicial Officer

May 24, 2021
Date