Report Date: July 13, 2021

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 13, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Omar Ambrocio-Porfirio | Case Number: 0980 2:19CR00140-TOR-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 8, 2020

| | |
|---|---|
| Original Offense: | Alien In The United States After Deportation, 8 U.S.C. § 1326 |
| Original Sentence: | Prison - 16 days<br>TSR - 12 days |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks |
| | Date Supervision Commenced: 10/8/2020 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: 10/7/2021 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on 05/24/2021.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offense of third degree driving with a suspended license, on or prior to June 1, 2021. |
| | On October 8, 2020, the offender was sentenced by this Court to a period of time served (16 days), and placed on 12 months of supervised release. |
| | On November 6, 2020, confirmation was obtained from Immigration and Customs Enforcement (ICE) in Yakima, Washington, that the offender had been deported from the United States on October 29, 2020, at Paso Del Norte, El Paso, Texas. |
| | On June 1, 2021, officers with the Othello Police Department, in Othello, Washington, observed the offender driving a vehicle. A records check noted the offender's driver's license was suspended. The vehicle was stopped and the offender identified himself. The offender was arrested for third degree driving with a suspended license under case number 21-O01646 and charged in Adams County District Court. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7/13/2021

s/David L. McCary

David L. McCary
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Thomas O. Rice
United States District Judge

July 13, 2021
Date